**Aaron HEADSPETH, Petitioner–Appellant,**

v.

**Joyce K. CONLEY, Warden, Respondent–Appellee.**

**No. 01–6194.**

United States Court of Appeals, Fourth Circuit.

Submitted June 29, 2001.

Decided Sept. 11, 2001.

Aaron Headspeth, pro se. Michael Lee Keller, Charleston, WV, for appellee.

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

PER CURIAM.

Aaron Headspeth appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 1994 & Supp.2000) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Headspeth v. Conley,* No. CA–99–485–5 (S.D.W.Va. Jan. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*